JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NAMIG NAZIM GASIMOV,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. EDCV 26-00822 JGB (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered DISMISSING this action without prejudice for lack of subject matter jurisdiction.

DATED: November 9, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE